FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NIEVES NEGRETE,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST COMMUNITIES' EDUCATION CENTER, a nonprofit Washington corporation; and SEA-MAR COMMUNITY HEALTH CENTERS, a nonprofit Washington corporation,<br><br>Defendants. | NO. 1:16-cv-03199-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation to Dismiss All Claims, ECF No. 61. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//

**ORDER DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Dismiss All Claims, ECF No. 61, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **vacated.**

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** this file.

**DATED** this 15th day of June 2018.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2